**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-7029**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANK EPHFROM BALLARD, a/k/a Tang,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (CR-96-19-BR, CA-98-5-7-BR)

—————————

Submitted: March 30, 1999          Decided: May 18, 1999

—————————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Janipher Winkfield Robinson, Richmond, Virginia, for Appellant. Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Ephfrom Ballard appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We conclude that Ballard fails to establish either that he received ineffective assistance of counsel in relation to his guilty plea or that his guilty plea was involuntary. See Hill v. Lockhart, 474 U.S. 52 (1985); Strickland v. Washington, 466 U.S. 668 (1984); Little v. Allsbrook, 731 F.2d 238 (4th Cir. 1984). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2